UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   John Fitting                            :        Chapter 13
         Andrea C. Fitting                       :
              Debtors                            :        Bankruptcy No. 19-13215-jkf

## CONSENT ORDER

**AND NOW,** this 6th day of September, 2019 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

**ORDERED,** that because this is the Debtors' fourth Chapter 13 bankruptcy filing since 2014, if this case is dismissed for any reason, it shall be with prejudice; Debtors shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years without further leave of court from date of dismissal order of case. And it is further

**ORDERED,** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtors from further filings in accordance with its terms.

Date: September 6, 2019

_____
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Date: 10/25/19

_____
Attorney for Debtors

Date: 10/25/19

_____
Debtor

Date: 10/25/19

_____
Debtor

BY THE COURT:

_____
**HON. JEAN K. FITZSIMON**
**BANKRUPTCY JUDGE**

**Date: November 6, 2019**